**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MANUEL BLADIMIR SALGADO TARAZONA,<br><br>Petitioner,<br><br>v.<br><br>ROY BECKER-ROWLEY, *et al.*,<br><br>Respondents. | Civil Action No. 26-8152 (BRM)<br><br>**ORDER** |

**THIS MATTER** is before the Court on Petitioner Manuel Bladimir Salgado Tarazona's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 challenging his detention. (ECF No. 1.) Respondents filed an answer (ECF No. 6), and Petitioner replied (ECF No. 8). The Court has carefully considered the parties' submissions and decides this matter without oral argument under Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the accompanying Opinion and for good cause appearing,

**IT IS** on this 27th day of July 2026,

**ORDERED** that Petitioner's Petition (ECF No. 1) is **DENIED without prejudice**; it is further

**ORDERED** the Clerk of Court shall serve a copy of this Order and the accompanying Opinion upon the parties electronically and **CLOSE** this matter.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**